CLAIRE LOUISE BURTON v. FRANK V. BURTON, JR., and Others, Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CLAIRE LOUISE BURTON v. FRANK V. BURTON, JR., and Others, Impleaded, etc.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CELESTIA WRIGHT, as Administratrix, etc., v. UNION TRANSPORT COMPANY, INC., and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY H. BASCH v. S. H. S. DRUG COMPANY, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CELESTIA WRIGHT, as Administratrix, etc., v. UNION TRANSPORT COMPANY, INC., and Another.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAY M. BRANDOW v. MURRAY & TREGURTHA CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUISE ELLIS v. ANNA MARIA KELSEY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BESSIE H. GORMAN v. TERMINAL & TOWN TAXI CORPORATION.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of WILLIAM H. WEBB, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of WILLIAM H. WEBB, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAVA REALTY CORPORATION v. MORRIS W. GITLITZ.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

TRUSTEES OF MASONIC HALL AND ASYLUM FUND v. INTERNATIONAL CHURCH FILM CORPORATION and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of SIGMUND HORKIMER, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of EUGENE F. McGEE, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of BENJAMIN MARCUS, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of SAMUEL SINGERMAN, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of COLUMBIA TRUST COMPANY, as Ancillary Executor, etc., of ISABEL F. CARTLEDGE, Deceased, Respondent. CHARLES F. CARTLEDGE, Appellant.— Decree affirmed, with costs to the respondent against the appellant. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.